# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD E. SHACKLEE & PAMELA K. SHACKLEE                    Case Number: 05-74863
3705 LOUISIANA ROAD                SSN-xxx-xx-6122 & xxx-xx-8344
ROCKFORD, IL  61108

Case filed on:    9/16/2005
Plan Confirmed on:   11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,186.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 015 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONALD E. SHACKLEE | 0.00 | 0.00 | 1,185.82 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,185.82 | 0.00 |
| 001 | COLONIAL SAVINGS | 1,644.98 | 1,644.98 | 1,644.98 | 0.00 |
| 002 | HERITAGE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 74.26 | 74.26 | 5.05 |
|  | Total Secured | 1,644.98 | 1,719.24 | 1,719.24 | 5.05 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 963.86 | 889.60 | 889.60 | 0.00 |
| 004 | LVNV FUNDING LLC | 3,862.15 | 3,862.15 | 3,862.15 | 0.00 |
| 005 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HERITAGE FEDERAL CREDIT UNION | 4,405.57 | 4,405.57 | 4,405.57 | 0.00 |
| 008 | HILLCREST ANIMAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 468.79 | 468.79 | 468.79 | 0.00 |
| 010 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 3,020.64 | 3,020.64 | 3,020.64 | 0.00 |
| 013 | ROCK RIVER WATER RECLAMATION | 444.30 | 444.30 | 444.30 | 0.00 |
| 014 | LVNV FUNDING LLC | 3,794.61 | 3,794.61 | 3,794.61 | 0.00 |
| 016 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 3,552.09 | 3,552.09 | 3,552.09 | 0.00 |
|  | Total Unsecured | 20,512.01 | 20,437.75 | 20,437.75 | 0.00 |
|  | Grand Total: | 24,356.99 | 24,356.99 | 25,542.81 | 5.05 |

Total Paid Claimant:      $25,547.86
Trustee Allowance:        $1,638.14          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      100.00          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan